**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Justin Wayne Parris v. The State of Texas

Appellate case number:    01-14-00502-CR

Trial court case number:  1352699

Trial court:                        338th Judicial District Court of Harris County

On May 28, 2015, this case's abatement was continued and remanded to the trial court to appoint new appellate counsel and to have the trial clerk file a supplemental clerk's record with the appointment order.  On September 29, 2015, a compliant supplemental clerk's record with the trial court's order appointing Celeste Blackburn as appellant's new appellate counsel, signed on May 29, 2015, was filed in this Court. Accordingly, we **REINSTATE** this case on this Court's active docket.  The Clerk of this Court is directed to remove Jerome Godinich Jr. as appellant's counsel, and to designate Celeste Blackburn as appellant's lead appointed counsel.

Furthermore, appellant's brief is **ORDERED** to be filed no later than **30 days** from the date of this order.  See TEX. R. APP. P. 2, 38.6(a), (d).  The State's appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief.  See id. 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                              ☒  Acting individually     ☐  Acting for the Court

Date:  October 6, 2015